IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH OWENS,

    *Plaintiff,*

v.

MIMI WALKER, et al.,

    *Defendants.*

CIVIL ACTION

NO. 21-3761

### ORDER

**AND NOW**, this 24th day of March, 2023, upon consideration of the defendants' motions to dismiss (ECF 29, 31), it is hereby **ORDERED** that the defendants' motions are **GRANTED**. Owens's case is **DISMISSED with prejudice** and the Clerk of Court shall **CLOSE** it.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.